In the Matter of the Application of MARTHA W. STOKES, as Administratrix, etc., of SILAS WRIGHT, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld.— Decree so far as appealed from affirmed, with costs payable out of the estate. All concur. (The decree dismissed petition for discovery as to certain bank funds.)

ABE GORDON, Respondent, v. NATHAN DURSTON and Another, Appellants.— Judgment and order reversed upon the law and new trial granted, with costs to the appellants to abide the event, upon the ground that the trial court erred in refusing to permit the defendant Durston to state upon what he relied in the laying of an information for the arrest of plaintiff. This evidence was competent upon the question of want of probable cause and also upon the question of mitigation of damages under the partial defense alleged in the answer. (See *Conner* v. *Wetmore*, 110 App. Div. 440.) All concur. (Judgment for damages for malicious prosecution. Order denied motion for a new trial on the minutes.)

ALFRED D. BAKER, Appellant, v. RUSSEL W. MERKLEY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismissed the complaint in an action to compel an accounting.)

JOHN R. FLOWER and Another, Respondents, v. HARVEY PRICE, Appellant.— Judgment affirmed, with costs. All concur. (The judgment affirmed a judgment of a justice of the peace in an action upon an account.)

ALEXIUS NOWICKI and Another, Respondents, v. MARY S. KRATZ, Appellant.— Judgment and order as to the plaintiff Alexius Nowicki reversed on the facts and a new trial granted as to him, with costs to the appellant to abide the event, unless said plaintiff shall, within ten days, stipulate to reduce the verdict in his favor to $500 as of the date of the rendition thereof, in which event the judgment as to said plaintiff is modified accordingly and as so modified is, together with the order, so far as the order affects said plaintiff, affirmed, without costs on this appeal. The same decision is made as affecting the plaintiff Lottie Nowicki, except that the stipulation in her case shall be for a reduction of the verdict in her favor to the sum of $1,500. All concur. (The judgment is for damages in an automobile negligence case. The order denied a motion for a new trial upon the minutes.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN RECHICHI, Appellant, v. FRED CORNELL, Sheriff of Steuben County, State of New York, Respondent.— Order affirmed. All concur. (The order dismissed certiorari to review the action of the court in denying bail to the relator charged with arson, second degree.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VITO POLITO, Appellant, v. FRED CORNELL, Sheriff of Steuben County, State of New York, Respondent.— Order affirmed. All concur. (The order dismissed certiorari to review the action of the court in denying bail to the relator charged with arson, second degree.)